No. 875. GROUP OF INSTITUTIONAL INVESTORS ET AL. *v.* CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO.;

No. 876. GROUP OF INSTITUTIONAL INVESTORS ET AL. *v.* UNION TRUST CO. ET AL.;

No. 877. GROUP OF INSTITUTIONAL INVESTORS ET AL. *v.* ABRAMS ET AL.;

No. 878. GROUP OF INSTITUTIONAL INVESTORS ET AL. *v.* ORTON ET AL.;

No. 879. GROUP OF INSTITUTIONAL INVESTORS ET AL. *v.* GUARANTY TRUST CO. OF NEW YORK ET AL.;

No. 880. GROUP OF INSTITUTIONAL INVESTORS ET AL. *v.* CHICAGO, TERRE HAUTE & SOUTHEASTERN RY. CO. ET AL.;

No. 881. GROUP OF INSTITUTIONAL INVESTORS ET AL. *v.* UNITED STATES TRUST CO. OF NEW YORK, TRUSTEE;

No. 882. GROUP OF INSTITUTIONAL INVESTORS ET AL. *v.* TRUSTEES OF PRINCETON UNIVERSITY ET AL.;

No. 883. GROUP OF INSTITUTIONAL INVESTORS ET AL. *v.* GLINES ET AL.; and

No. 988. RECONSTRUCTION FINANCE CORPORATION *v.* CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO. ET AL. June 8, 1942. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Kenneth F. Burgess, Douglas F. Smith,* and *Fred N. Oliver* for Group of Institutional Investors et al., petitioners in Nos. 875–883, and respondents in No. 988. *Messrs. Edwin S. S. Sunderland, Thomas O'G. Fitz Gibbon, Meyer Abrams, Henry F. Tenney, Frank C. Nicodemus, Jr., W. F. Peter, Reese D. Alsop, Ernest S. Ballard,*

*William A. McSwain, Frederic Burnham, Frederick Secord, Charles Myers, Edwin H. Cassels, George L. Shearer, M'Cready Sykes, A. N. Whitlock, John B. Marsh, William V. Hodges,* and *Frederick J. Moses* for respondents.